# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY L. KIMNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 24-01409 (UNA) |
| | ) |
| JAMES E. BOASBERG *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The rules of this district court state: "The first filing by or on behalf of a party shall have in the caption the name and full residence address of the party."  LCvR 5.1(c)(1).  "If the party does not wish" to have the residence address appear on the public docket, the party "shall omit the address and simultaneously file under seal a notice containing" the residence address, "which notice shall be available only to the Court and the opposing party."  *Id*.  Plaintiff's complaint, ECF No. 1, lists a P.O. Box as the address of record, which is permitted only upon leave of court.

Accordingly, within **30 days** from the filing date of this order, Plaintiff shall file a motion setting forth reasons to use the P.O. Box address.  Alternatively, Plaintiff may file an amended complaint in accordance with LCvR 5.1(c).  Plaintiff's failure to do either within the time provided may result in dismissal of the case without prejudice.

_____/s/_____
AMIT P. MEHTA
United States District Judge

Date:  May 29, 2024