UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**AUDREY L. KIMNER,**
    **Plaintiff,**
v.

**JAMES E. BOASBERG, et al.,**
    **Defendants.**

Civil Action TORT, No. 24-01409 (UNA)

**Motion For P.O. Box, as already explained in the filing, including to the previous cases and in the U.S. Supreme Court. Plaintiff requested a jury trial and there is no schedule to date, or assigned judge.**

Dear Judge Amit P. Mehta,

    The plaintiff previously explained the address in Carmel is due to Carmel by the Sea being a historical town and we do not have mail delivered to our home. Our town must go to a local post office, and the plaintiff explained this in the two filing and by motion in the previously unlawfully closed case. Also, the address issue was sent to the judicial board, and proved by the license of the plaintiff by motion at this court.

    The defendant after seeing this filing wrote and email to the plaintiff admitting to closing the previous case before recusing herself, so this is proof of her intent to obstruct the plaintiffs justice while interfering with a Tort personal injury case, as well as knowing that the motion to reconsider in that case **must go back to the same judge, not pass the case around to four judges and close the case against the plaintiffs Constitutional Rights, including ADA Right of access under Title II and III. This further proves the intent to mislead the court by depriving the plaintiff of all rights with assets pending and ignoring the plaintiffs**

1

fundamental right to remedy and redress while under judicial capacity with no immunity. A Tort can not be interfered with, as the case was a personal injury case due to judicial gross negligence in Washington, D.C., including malice and Failure to offer proper procedural due process while tampering with the cases that were in default. The clerks intentionally ignored the laws and properly docketed and served cases, but tampered with the case after a time frame for the defendants- respondents to respond. The respondents do not and did not have any relief in the U.S. Supreme Court, including taking unenforceable mandates under the color of law for four California District Court judges, especially with fraud on its face Real Estate closings, and layered fraud under the CA Fraud Statutes. The Web Watcher case law was also ignored, including multiple homes stolen in fraud closings under a breach of contract after domestic assault in a closed 2011 divorce in finality. The one home in Texas was never part of any divorce, so the court ruled in error and refused to correct their errors of law per Lisa Nesbitt who hangs up on the plaintiff, as well as Scott Harris and Jeffery who has now conveniently retired after his deception and intentional malice concerning the plaintiffs cases. The cases were accepted, docketed, paid fees in full and served to all defendants properly by their own court orders. There is no excuse for the intent to mislead the court and oppress the plaintiff while depriving the plaintiff of all rights. The defendants in this case clearly did not adhere to their oath of office, and ignored proof and pages of explanations of a clear Tort filing, which is judicial gross negligence, and now self admits it per email after this case landed in this court.

Please note that the clerk failed to send orders and refused to correct dates on the record in

this court. This is also no proper procedural Due Process and a pattern of practice. Also, more proof of interference of a Tort Personal Injury case, including violating the plaintiffs rights and ADA Rights with Two Bill of Rights. The plaintiff is an assault victim and all privacy has been exposed across the world with the plaintiffs personal financial business shown, including personal whereabouts with **death benefits hanging over the plaintiffs head, which is DANGEROUS. This is intentional to inherit the plaintiffs monies and full retirement and 401K from Duke Energy who is refusing to comply with court orders, and a final divorce decree from 2011, and as the Corporation is being sued by 36,000 employees for the same thing. That case had to be filed due to the gross negligence, which continues, and as the plaintiff is blocked access to her own assets, homes, passport, children, royalties and investments while the plaintiff is being targeted, harassed and under racism, bias and discrimination.**

    Please see the address attached, which your office already has a copy of in the case prior in this very court, which was ruled not an issue after, but there was no remedy per fundamental rights or redress, nor orders of a win by default in the U.S. Supreme Court in this proper jurisdiction. **Not allowing the plaintiff to file a lawsuit is extrinsic fraud, including interference of a Tort with multiple people involved in fraud upon all courts, which the plaintiff typed out in many pages that was ignored intentionally by these for defendants. The case also needs to be assigned to one judge, and not under unassigned as the previous case to pass around and neglect. This proves full intent to conceal, which is a federal matter. Also, there is a wiretapping and phone block issue with all courts in D.C., which further proves the plaintiffs' cases in Washington and California, as well as South**

Carolina, Texas and North Carolina. Today's date is June 24, 2024, and the plaintiff received this letter today, but was dated on May 29, 2024, which is also a pattern. The plaintiff will mail this motion, but also send it to the court clerk via email since there is no time to respond, which is intentional.

Respectfully,                               Audrey L. Kimner, plaintiff pro se

*Audrey L Kimner, plaintiff pro se*

P.O. Box 1493, Carmel, CA. 93921
audreykimner10@gmail.com, 843-754-1543

